U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JAN -2 PM 3: 38

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

LORRAINE BETTIS and ROBIN POWERS, )
Administrators, Estate of Wesley Bettis )
)
Plaintiffs )
)
v. ) Civil Case No. 5:14-cv-113
)
CHAD BEAN )
)
Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2014, I served a Notice of Deposition Duces Tecum in connection with the deposition of Plaintiff's expert witness Elizabeth A. Bundock, M.D., Ph.D. by mailing same, first class postage prepaid, to Plaintiffs' Attorneys Brooks G. McArthur, Esq. and David J. Williams, Esq., Jarvis, McArthur & Williams, 95 St. Paul St., Ste 2E, P.O. Box 902, Burlington, VT 05402-0902.

DATED at Burlington, Vermont, this 31st day of December 2014.

McNEIL, LEDDY & SHEAHAN, P.C.

BY: _____
Nancy G. Sheahan, Esq.
271 South Union St.
Burlington, VT 05401
(802)863-4531
nsheahan@mcneilvt.com

Attorneys for Defendant

c: Brooks G. McArthur, Esq.
David J. Williams, Esq.



McNEIL,
LEDDY &
SHEAHAN
BURLINGTON, VERMONT 05401