UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JAN -5 PM 2: 25

CLERK

BY_____
DEPUTY CLERK

LORRAINE BETTIS and ROBIN POWERS, )
    Administrators, Estate of Wesley Bettis )
                                       )
        Plaintiffs )
                                         )
v.                                      )       Civil Case No. 5:14-cv-113
                                         )
CHAD BEAN                      )
                                         )
        Defendant. )

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2015, I served a Revised Notice of Deposition Duces Tecum in connection with the deposition of Plaintiff's expert witness Elizabeth A. Bundock, M.D., Ph.D. by mailing same, first class postage prepaid, to Plaintiffs' Attorneys Brooks G. McArthur, Esq. and David J. Williams, Esq., Jarvis, McArthur & Williams, 95 St. Paul St., Ste 2E, P.O. Box 902, Burlington, VT 05402-0902.

      DATED at Burlington, Vermont, this 2nd day of January 2015.

                             McNEIL, LEDDY & SHEAHAN, P.C.

BY:         _____
                              Nancy G. Sheahan, Esq.
                              271 South Union St.
                              Burlington, VT  05401
                              (802)863-4531
                              nsheahan@mcneilvt.com

                              Attorneys for Defendant

c:      Brooks G. McArthur, Esq.
       David J. Williams, Esq.



**McNEIL,
LEDDY &
SHEAHAN**
BURLINGTON, VERMONT 05401